PROB 35　　　　　**Report and Order Terminating Probation/Supervised Release**
(Rev. 5/01)　　　　　　　　　**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　Crim. No.　5:09CR00020-1

Johnny Ray Overstreet

On September 27, 2013, the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Eonda Dixon
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this ___27th___ day of December, 2016.

_____
William T. Moore, Jr.
Judge, U.S. District Court